D5197488

## CITATION

| RELLER JONES | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| RAINBOW USA INC DBA RAINBOW SHOPS #1764 | STATE OF LOUISIANA |
| DOCKET NUMBER: C-163031 | |

TO: RAINBOW USA INC DBA RAINBOW SHOPS #1764
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

**PETITION FOR DAMAGES**

Witness the Honorable Judges of our said Court on this the 4TH DAY OF SEPTEMBER, 2020

JILL M. SESSIONS, CLERK OF COURT

Deputy Clerk
Bossier Parish, Louisiana

Attorney:
ALAN STEGALL
318-221-8000

FILED
SEP 17 2020
Isabella Faurio
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

### SERVICE INFORMATION

UNSERVED _____
PERSONAL _____
DOMICILIARY _____   GIVEN TO _____

I made service on the named party through the
☒ CT Corp
☐ LA Corp & Reegistered Agent Servicces

DATE _____
REMARKS _____

SEP 10 2020
by tendering a copy of this document to
☐ Abby Sammons     ☐ Brianna Stoneygard
☒ Ashley Minvielle  ☐ Allison Reed

**DEPUTY BRYAN SIMMONS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DEPUTY SHERIFF _____

**Certified True and Correct Copy**
CertID: 2020093000011

Jill M. Sessions
Bossier Parish
Clerk of Court

Generate
9/30/2020

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).


EXHIBIT 1

Bossier Parish Clerk of Court
Filed Sep 04, 2020 9:12 AM
Chelsea Poole
Deputy Clerk of Court
E-File Received Sep 04, 2020 7:56 AM

C-163031
3

| | | |
|---|---|---|
| **RELLER JONES** | : | **SUIT NUMBER:** |
| **VERSUS** | : | **26TH JUDICIAL DISTRICT COURT** |
| **RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764** | : | **BOSSIER PARISH, LOUISIANA** |

## ORIGINAL PETITION

The Original Petition of RELLER JONES, a resident of Shreveport, Caddo Parish, Louisiana, respectfully shows that:

1.

Made Defendant herein is:

(a) RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764, a foreign corporation authorized to do and doing business in the State of Louisiana, who can be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

On or about September 26, 2019, Petitioner, RELLER JONES, was injured when she sat in a chair provided to her by an employee at RAINBOW SHOPS #1764, in Bossier City, Louisiana. However, unbeknownst to your Petitioner, the chair provided was broken and flipped forward when your Petitioner sat upon it.

3.

At the time of the incident hereinafter described, and at all times pertinent thereto:

(a) Defendant, RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764, was the operator of a business located inside Pierre Bossier Mall at 2950 E. Texas Street, Bossier City, Louisiana, known as RAINBOW SHOPS #1764 and hereinafter referred to as RAINBOW SHOPS;

(b) Petitioner, RELLER JONES, was a paying customer, patron and business invitee of RAINBOW SHOPS and was lawfully present in the subject premises with the permission and consent, and at the invitation of RAINBOW SHOPS;

(c) Defendant, RAINBOW SHOPS, and/or their officers, agents, or employees are responsible for the premises, and owed petitioner, RELLER JONES, and their other patrons a duty of reasonable care when operating said business and were responsible for maintaining said business in a safe condition, and for warning patrons of known hazards.

4.

At the time and place aforesaid;

Certified True and Correct Copy
CertID: 2020093000009

Bossier Parish
Clerk of Court

Generated Date:
9/30/2020 10:16 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(a) Petitioner, RELLER JONES, was a customer at RAINBOW SHOPS located inside Pierre Bossier Mall at 2950 E. Texas Street, Bossier City, Bossier Parish, Louisiana;

(b) Petitioner, RELLER JONES, was at RAINBOW SHOPS to purchase shoes;

(c) Petitioner, RELLER JONES, wanted to try on a pair of shoes which were on display at RAINBOW SHOPS, and asked an employee for a chair to sit on to try on a pair of shoes;

(d) The employee of RAINBOW SHOPS brought a wooden chair from the back of the store for Petitioner to sit on while she tried on shoes;

(e) Unbeknownst to your Petitioner, RELLER JONES, the chair was broken and was unstable which caused the chair to be incapable of supporting the weight of any person who might sit down in it;

(e) When Petitioner, RELLER JONES, sat in the chair, the chair leg broke causing the chair to flip forward, and causing Petitioner, RELLER JONES, to fall with it;

(f) As a result, Petitioner, RELLER JONES, was seriously injured;

(g) RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764, owned and had custody and garde over the premises, including said chair, and the chair created an unreasonably dangerous condition.

5.

The aforesaid incident and all the damages and injuries set forth herein sustained by the Petitioner, RELLER JONES, as a result of the accident were proximately caused by the negligence and/or fault of the defendant, RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764, and/or the negligence and/or fault of the defendants' agents, employees, or other persons for whose actions the defendants are liable and/or financially responsible, which negligence and/or fault consisted particularly but not exclusively of the following acts and/or omissions:

(a) Providing a knowingly faulty chair for their customers and/or patrons;

(b) Failing to provide safe conditions for their customers and/or patrons;

(c) Failing to warn the petitioner of the dangers about which they knew or should have known which were created by the condition of its business establishment;

(d) Failing to institute or to properly perform adequate protective measures to protects their customers and patrons from dangerous conditions of the business establishment;

(e) Failing to timely notice or discover that the chair provided to their customers

Certified True and Correct Copy
CertID: 2020093000009
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).
Bossier Parish Clerk of Court
Generated Date: 9/30/2020 10:16 AM

and/or patrons, was broken and/or having noticed or discovered the same, failing to take reasonable actions to remedy the condition promptly;

(f) Inviting their customer to sit on said chair when they knew or should have known that said chair created an unreasonably dangerous condition.

6.

The Petitioner, RELLER JONES, was injured as a result of this incident, including but not limited to:

(a) Injury to her neck;

(b) Injury to her head;

(c) Injury to her shoulder;

(d) Injury to her back; and

(d) Headaches.

7.

As a result of her injuries, Petitioner, RELLER JONES, suffered pain, discomfort, inconvenience and disability; has been under the care of doctors and therapists; has endured x-rays and other diagnostic tests; and has been forced to take prescription medication.

8.

Petitioner, RELLER JONES, is entitled to recover damages as are reasonable in the premises for:

(a) Past pain and suffering;

(b) Future pain and suffering;

(c) Disability;

(d) Loss of enjoyment of life;

(e) Loss of earnings;

(f) Loss of earnings capacity;

(g) Past mental anguish;

(h) Future mental anguish;

(i) Past medical expenses;

3

**Certified True and Correct Copy**
CertID: 2020093000009
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).
Bossier Parish
Clerk of Court
Generated Date: 9/30/2020 10:16 AM

(j) Future medical expenses; and

(k) Inconvenience.

WHEREFORE PETITIONER PRAYS:

I. For service and citation according to law and that after due proceedings had that there be judgment herein in favor of petitioner, RELLER JONES, and against the Defendant, RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764, in solido, for such damages as are reasonable in the premises;

II. That there be legal interest on any judgment from the date hereof until paid;

III. The fees of expert witnesses be fixed and taxed as costs and there be judgment in favor of Petitioner and against all Defendants for all costs;

IV. For all equitable relief.

Respectfully submitted,
**LAW OFFICE OF ALAN STEGALL**
212 Texas Street, Suite 100
Post Office Box 91
Shreveport, Louisiana 71161-0091
(318) 221-8000 Telephone
(318) 221-4300 Facsimile

By: _____
ALAN STEGALL (#25885)

ATTORNEYS FOR PETITIONER

**PLEASE SERVE:**

RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764
through its agents for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

4

**Certified True and Correct Copy**
CertID: 2020093000009
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).
Bossier Parish
Clerk of Court
Generated Date:
9/30/2020 10:16 AM

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Bossier Parish Clerk of Court
Filed Sep 04, 2020 9:12 AM
Chelsea Poole
Deputy Clerk of Court
E-File Received Sep 04, 2020 7:56 AM

C-163031 3

**Suit Caption:**

**RELLER JONES**          vs.          **RAINBOW USA INC. d/b/a RAINBOW SHOPS #1764**

**Court: 26th Judicial District Court**          **Docket Number:** _____

**Parish of Filing:** **Bossier**          **Filing Date:** _____

**Name of Lead Petitioner's Attorney:**          **Alan Stegall**

**Name of Self-Represented Litigant:**

**Number of Named Petitioners:** __1__          **Number of Named Defendants:** _1_

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ___ Auto: Personal Injury
- ___ Auto: Wrongful Death
- ___ Asbestos: Property Damage
- ___ Product Liability
- ___ Intentional Bodily Injury
- ___ Intentional Wrongful Death
- ___ Business Tort
- ___ Defamation
- ___ Environmental Tort
- ___ Intellectual Property
- ___ Legal Malpractice
- ___ Other Professional Malpractice
- ___ Maritime
- ___ Wrongful Death
- _✓_ General Negligence
- ___ Auto: Property Damage
- ___ Auto: Uninsured Motorist
- ___ Asbestos: Personal Injury/Death
- _✓_ Premise Liability
- ___ Intentional Property Damage
- ___ Unfair Business Practice
- ___ Fraud
- ___ Professional Negligence
- ___ Medical Malpractice
- ___ Toxic Tort
- ___ Other Tort (describe below)
- ___ Redhibition
- ___ Class Action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:

Petitioner was injured when defendant's employee provided a chair to Petitioner that was broken and the chair flipped forward when your Petitioner sat upon it.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Alan Stegall          Signature: _____

Address: 212 Texas Street, Suite 100, Shreveport, Louisiana 71101

Phone Number: 318-221-8000          E-mail address: alan@alanstegall.com

Certified True and Correct Copy
CertID: 2020093000010
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Bossier Parish Clerk of Court

Generated Date: 9/30/2020 10:19 AM